IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| EDDIE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 108-088 |
| | ) |
| GARY MCCOY and JEFFERSON COUNTY JAIL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case filed pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 7th day of October, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE